# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-07-00187-CR
NO. 03-07-00188-CR

**Steve Calderon Hinojosa, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NOS. 11,720 & 11,721, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Steve Calderon Hinojosa seeks to appeal judgments of conviction for injury to an elderly person and aggravated assault on a public servant. Sentence was imposed in both causes on August 10, 2006. The pro se notice of appeal was filed on February 23, 2007. Because the notice was not timely, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See* Tex. R. App. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). In addition, the trial court has certified that Hinojosa waived the right of appeal. *See* Tex. R. App. P.

25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   May 4, 2007

Do Not Publish